Certificate Number: 02470-NJ-DE-036818839

Bankruptcy Case Number: 22-15778



02470-NJ-DE-036818839

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 8, 2022</u>, at <u>4:17</u> o'clock <u>AM EDT</u>, <u>Gerhard Charles Rausnitz</u> completed a course on personal financial management given <u>by internet</u> by <u>Isabel C. Balboa, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>September 9, 2022</u>          By:    <u>/s/Connie Gerhardt</u>

                                                  Name:  <u>Connie Gerhardt</u>

                                                  Title:   <u>TENS Instructor</u>