UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage, LLC

In Re:

Gerard Charles Rausnitz,

Debtor.

Case No.:      22-15778-JNP

Chapter:            13

Hearing Date:    07/25/2023

Judge:           Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief re: 91 Sussex Place, Galloway, NJ (Docket # 25)

_____

Date: 7/21/2023                                /s/ Denise Carlon
                                              Signature

*rev.8/1/15*