Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−15778−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerhard Charles Rausnitz
   91 Sussex Place
   Galloway, NJ 08205

Social Security No.:
   xxx−xx−4734

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              January 16, 2024
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

33 − Certification In Response to (related document:32 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: re: 91 Sussex Place, Galloway, NJ, 08205. Fee Amount $ 188. filed by Creditor Nationstar Mortgage LLC, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC. Objection deadline is 12/12/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage LLC) filed by Kevin C. Fayette on behalf of Gerhard Charles Rausnitz. (Fayette, Kevin)

and transact such other business as may properly come before the meeting.


Dated: December 12, 2023
JAN: lgr

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gerhard Charles Rausnitz  
    Debtor

Case No. 22-15778-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Dec 12, 2023     Form ID: 173     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerhard Charles Rausnitz, 91 Sussex Place, Galloway, NJ 08205-3651 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Brian C. Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor ServiceMac LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 12, 2023 | Form ID: 173 | Total Noticed: 1

Kevin C. Fayette
    on behalf of Debtor Gerhard Charles Rausnitz kfayette@kevinfayette.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9