UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage LLC

In Re:

 Gerhard Charles Rausnitz,

 Debtor.

Case No.:      22-15778-JNP

Chapter:          13

Hearing Date:    2/13/2024

Judge:        Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter:  Secured Creditor's Certification of Default (Docket # 32)

_____

Date: 2/9/2024_____          /s/ Denise Carlon_____
                                Signature

*rev.8/1/15*