Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-15778 (JNP)

Gerhard C. Rausnitz  
91 Sussex Place  
Galloway, NJ 08205

Monthly Payment: $543.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/19/2023 | $475.00 | 03/01/2023 | $475.00 | 04/18/2023 | $475.00 | 05/02/2023 | $475.00 |
| 07/07/2023 | $475.00 | 08/01/2023 | $475.00 | 08/17/2023 | $475.00 | 09/15/2023 | $475.00 |
| 10/20/2023 | $543.00 | 11/28/2023 | $543.00 | 12/27/2023 | $543.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GERHARD C. RAUSNITZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KEVIN C. FAYETTE, ESQUIRE | 13 | $3,650.00 | $3,650.00 | $0.00 | $1,911.50 |
| 1 | LVNV FUNDING, LLC | 33 | $4,963.10 | $0.00 | $4,963.10 | $0.00 |
| 2 | QUANTUM3 GROUP, LLC | 33 | $4,089.42 | $0.00 | $4,089.42 | $0.00 |
| 3 | DISCOVER BANK | 33 | $2,431.63 | $0.00 | $2,431.63 | $0.00 |
| 4 | FINWISE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $7,697.05 | $0.00 | $7,697.05 | $0.00 |
| 6 | NATIONSTAR MORTGAGE, LLC | 24 | $9,303.30 | $2,401.59 | $6,901.71 | $2,401.59 |
| 7 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | KEVIN C. FAYETTE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | UPSTART NETWORK, INC. | 33 | $3,949.96 | $0.00 | $3,949.96 | $0.00 |
| 11 | NATIONSTAR MORTGAGE, LLC | 13 | $538.00 | $538.00 | $0.00 | $538.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2022 | 12.00 | $0.00 |
| 08/01/2023 | Paid to Date | $5,225.00 |
| 09/01/2023 | 23.00 | $543.00 |
| 08/01/2025 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $5,429.00 |
| Total paid to creditors this period: | $4,851.09 |
| Undistributed Funds on Hand: | $490.87 |
| Arrearages: | $136.00 |
| Attorney: | KEVIN C. FAYETTE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**