# UNITED STATES BANKRUPTCY COURT
## FOR THE District of NEWJERSEY

IN RE:  §  
 §  CASE NO.  
**GERHARD CHARLES RAUSNITZ**  §  22-15778-JNP  
 §  Chapter 13  
 §  

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Flowering Peach BK, LLC | Upstart Network, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Flowering Peach BK, LLC  
PO BOX 1931  
Burlingame, CA 94011  

Court Claim # (if known): 1  
Amount of Claim: $ 3949.96  
Date Claim Filed: 07/28/2022  

Phone: (628) 246-2211  
Last Four Digits of Acct #: 1744  

Phone: (628) 246-2211  
Last Four Digits of Acct.#: 1744  

Name and Address where transferee payments should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:  

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip        Date:  2/22/2024

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE District of NEWJERSEY

| | |
|---|---|
| IN RE: § § **GERHARD CHARLES RAUSNITZ** § § | CASE NO. 22-15778-JNP Chapter 13 |

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 2/22/2024 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*

GERHARD CHARLES RAUSNITZ
91 Sussex Pl
Galloway, NJ 08205-3651

**Debtors' Attorney**
KEVIN C. FAYETTE
LAW OFFICES OF KEVIN FAYETTE, LLC
1675 Whitehorse Mercerville Rd Ste 204
Hamilton, NJ 08619-3825

**Chapter 13 Trustee**
ANDREW B FINBERG
535 Route 38 Ste 580
Cherry Hill, NJ 08002-2977

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen