UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re:
    Gerhard Rausnitz

Order Filed on February 29, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-15778
Adv. No.

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

# ORDER GRANTING
## SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 29, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No. 22-15778
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Kevin Fayette, LLC, the applicant, is allowed a fee of $720.00 for services rendered and expenses in the amount of $0.00 for a total of $720.00. The allowance shall be payable:

XX          Through the Chapter 13 plan as an administrative priority

_____      Outside the plan

The debtor(s) monthly plan is modified to require a payment of $ 543.00 Per month for 19 months to allow for payment of the above fee.