UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage LLC

In Re:

Gerhard Charles Rausnitz,

Debtor.

Case No.: 22-15778-JNP

Adv. No.: 

Chapter: 13

Hearing Date: 08/06/2024

Judge: Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Denise Carlon, Esq.,
   ☒ am the attorney for: Nationstar Mortgage, LLC
   ☐ am self-represented

   Phone number: 215-627-1322

   Email address: dcarlon@kmllawgroup.com

2. I request an adjournment of the following hearing:

   Matter: Secured Creditor's Certification of Default (Docket # 47)

   Current hearing date and time: 08/06/2024 @ 11:00 a.m.

   New date requested: 08/27/2024 @ 11:00 a.m.

   Reason for adjournment request: To allow the parties time to amicably resolve the issues at hand.

3.     I request an adjournment of confirmation:

       Current confirmation date and time: _____

       New date requested: _____

       Reason for adjournment request: _____

       _____

       Confirmation has been adjourned _____ previous times

       Trustee payments are current through _____

       The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

       ☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below): _____

       _____

       _____

I certify under penalty of perjury that the foregoing is true.

Date: 08/01/2026                 /s/ Denise Carlon
                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: 8/27/24 at 11         ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____         ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2