Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  22–15778–JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerhard Charles Rausnitz
   91 Sussex Place
   Galloway, NJ 08205

Social Security No.:
   xxx–xx–4734

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               January 28, 2025
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*64* – Certification In Response to (related document:62 Creditor's Certification of Default (related document:58 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC. Objection deadline is 01/3/2025. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage LLC) filed by Kevin C. Fayette on behalf of Gerhard Charles Rausnitz. (Fayette, Kevin)

and transact such other business as may properly come before the meeting.


Dated: January 6, 2025
JAN: kvr

                                                                              Jeanne Naughton
                                                                                 Clerk