| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Nationstar Mortgage LLC | |
| In Re:<br><br>  Gerhard Charles Rausnitz<br><br>Debtor(s) | Case No.:    22-15778 JNP<br><br>Chapter:     13<br><br>Judge:       Jerrold N. Poslusny Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled  ■ Withdrawn

Matter: Creditor's Certification of Default at Docket# 62

Date: January 6, 2025                    /s/ Denise Carlon, Esq.
                                         Signature

*rev. 8/1/15*