Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                        Case No.:  22−15778−JNP
                                        Chapter:  13
                                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gerhard Charles Rausnitz
    91 Sussex Place
    Galloway, NJ 08205

Social Security No.:
    xxx−xx−4734

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                 January 28, 2025
Time:               11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*64* − Certification In Response to (related document:62 Creditor's Certification of Default (related document:58 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC. Objection deadline is 01/3/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage LLC) filed by Kevin C. Fayette on behalf of Gerhard Charles Rausnitz. (Fayette, Kevin)

and transact such other business as may properly come before the meeting.


Dated: January 6, 2025
JAN: kvr

                                                                                        Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 22-15778-JNP
Gerhard Charles Rausnitz                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                                Page 1 of 2
Date Rcvd: Jan 06, 2025        Form ID: 173                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gerhard Charles Rausnitz, 91 Sussex Place, Galloway, NJ 08205-3651 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2025                        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor ServiceMac LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 06, 2025 | Form ID: 173 | Total Noticed: 1

Jason Brett Schwartz
    on behalf of Creditor Nationstar Mortgage LLC as Servicer for Nationstar Mortgage LLC bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com

Jason Brett Schwartz
    on behalf of Creditor Nationstar Mortgage LLC bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Kevin C. Fayette
    on behalf of Debtor Gerhard Charles Rausnitz kfayette@kevinfayette.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11