| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gerhard Charles Rausnitz <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4734 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 22-15778-JNP | |

# Order of Discharge                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Gerhard Charles Rausnitz

9/18/25                                    **By the court:** Jerrold N. Poslusny Jr.
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                  **Chapter 13 Discharge**                  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15778-JNP |
| Gerhard Charles Rausnitz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: 3180W | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerhard Charles Rausnitz, 91 Sussex Place, Galloway, NJ 08205-3651 |
| cr | + | Nationstar Mortgage LLC as Servicer for Nationstar, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 519664333 | | Service Mac, P.O. Box 100081, Duluth, GA 30096-9377 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 18 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 18 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 18 2025 20:49:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| 519664328 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 18 2025 20:55:03 | Best Egg Personal Loan, 3419 Silverside Road, Wilmington, DE 19810-4801 |
| 519664329 | | EDI: WFNNB.COM | Sep 19 2025 00:31:00 | Comenity-Ikea Visa Credit Card, P.O. Box 650964, Dallas, TX 75265-0964 |
| 519664330 | | EDI: DISCOVER | Sep 19 2025 00:31:00 | Discover, P.O. Box 70176, Philadelphia, PA 19176-0176 |
| 519696524 | | EDI: DISCOVER | Sep 19 2025 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519664331 | + | Email/Text: bankruptcynotices@finwisebank.com | Sep 18 2025 20:50:00 | FinWise Bank, 756 E. Winchester Street, Suite 100, Murray, UT 84107-7520 |
| 520171717 | ^ | MEBN | Sep 18 2025 20:42:37 | Flowering Peach BK, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520171718 | ^ | MEBN | Sep 18 2025 20:42:37 | Flowering Peach BK, LLC, PO BOX 1931, Burlingame, CA 94011, Flowering Peach BK, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519740321 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 21:07:17 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519740322 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 20:55:50 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 519796333 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 18 2025 20:50:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dept., PO Box 619096, Dallas TX 75261-9741 |
| 519796334 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 18 2025 20:50:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept. |
| 519664332 | | Email/Text: ProsperBK@prosper.com | Sep 18 2025 20:51:00 | Prosper Funding, LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 519716121 | + | Email/Text: bncmail@w-legal.com | Sep 18 2025 20:51:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 519710410 | | EDI: Q3G.COM | Sep 19 2025 00:31:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519684478 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 20:56:06 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519710440 | ^ | MEBN | Sep 18 2025 20:42:34 | ServiceMac, LLC., 9726 Old Bailes Road, Fort Mill, SC 29707-7540 |
| 519669367 | ^ | MEBN | Sep 18 2025 20:44:07 | Upstart Network, Inc., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519799425 | * | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519799426 | *+ | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: 3180W | Total Noticed: 23 |

Denise E. Carlon
    on behalf of Creditor ServiceMac  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

    on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jason Brett Schwartz
    on behalf of Creditor Nationstar Mortgage LLC as Servicer for Nationstar Mortgage LLC bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com

Jason Brett Schwartz
    on behalf of Creditor Nationstar Mortgage LLC bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com

Kevin C. Fayette
    on behalf of Debtor Gerhard Charles Rausnitz kfayette@kevinfayette.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11